EUGENE W. HARRINGTON, Respondent, v. SHELLEY TRACY, Appellant, R. C. ALLEN and Others, Defendants.— Order so far as appealed from reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to the plaintiff, however, to plead over within twenty days upon payment of the costs as herein allowed. Memorandum: In this action in equity to reform a written contract the complaint alleges, in substance, and as a conclusion, that defendant fraudulently stated to plaintiff that the legal effect of the contract as drawn was to charge defendant with the responsibility of paying certain notes, contrary to the plain provisions of the contract. The complaint fails to allege the facts upon which the conclusion is based, and fails to allege that plaintiff relied on defendant's fraudulent representation. We do not believe that, under this complaint, plaintiff could show that defendant misread the contract to him and otherwise deceived him. Even though it be conceded that a mistake of law, fraudulently induced by defendant, might, in some circumstances, call for the relief sought (*Baird* v. *Erie R. R. Co.*, 210 N. Y. 225), still the complaint should allege the facts from which the conclusion of fraud is drawn. All concur. (The order

denies a motion for judgment on the pleadings in an action to reform a contract. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.